UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: | |
| ERIC KEIP THOMPSON | Chapter 13 Case No. 18-60017-RBC |
| Debtor | |
| HOME POINT FINANCIAL CORPORATION | |
| Movant | |
| v. | |
| ERIC KEIP THOMPSON 5253 JEFFERSONTON ROAD JEFFERSONTON, VA 22724 (Debtor) | |
| JENNIFER A THOMPSON 5253 JEFFERSONTON ROAD JEFFERSONTON, VA 22724 (Co-Debtor) | |
| HERBERT L. BESKIN(82) P.O. BOX 2103 CHARLOTTESVILLE, VA 22902 (Trustee) | |
| Respondents | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY PURSANT TO 11 U.S.C. § 1301(c)(3)

Home Point Financial Corporation ("Movant"), by undersigned counsel, respectfully

moves this Honorable Court to terminate the Automatic Stay and the Co-Debtor Automatic Stay

Kathryn Smits, Esq., Bar # 77337
Namrata Loomba, Esq., Bar # 87222
Heather D. McGivern, Esq., Bar # 91767
PO Box 2548
Leesburg, VA 20177
(703)777-7101

as to the real property located at 5253 Jeffersonton Road, Jeffersonton, VA 22724 ("Property")

and, as grounds therefore, states as follows:

1.      This proceeding seeking relief under 11 U.S.C. § 362(d) and 11 U.S.C. §

1301(c)(3) is a contested matter within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this

court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. §

1409(a).

2.      On January 8, 2018, the above named Debtor, Eric Keip Thompson ("Debtor"),

filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Herbert L.

Beskin(82) (the "Trustee") was appointed Chapter 13 trustee.

**<u>COUNT I</u>**
**<u>RELIEF FROM AUTOMATIC STAY</u>**

3.      On or about October 3, 2016, Eric Keip Thompson executed and delivered to

Integrity Home Mortgage Corporation a Note in the amount of FIVE HUNDRED TWO

THOUSAND SIX HUNDRED FORTY-FIVE DOLLARS AND NO CENTS ($502,645.00) plus

interest at the fixed rate of 4.000% per annum, to be paid over thirty (30) years. A copy of the

Note is attached as **<u>Exhibit A</u>** and incorporated herein.

4.      To secure the repayment of the sums due under the Note, Eric Keip Thompson

and Jennifer A Thompson executed and delivered to Integrity Home Mortgage Corporation a

Deed of Trust dated October 3, 2016, encumbering the real property ("Property") more

particularly described in the Deed of Trust as,

All that certain tract or parcel of land together with all improvements thereon and appurtenances thereunto belonging, lying and being situate in the Jefferson Magisterial District of Culpeper County, Virginia, containing 15.0143 acres, more or less, and being more particularly shown and described on that certain plat of survey entitled "Plat Showing Division on the Properties of Ross D.S. and Cammie C. Fuller, Susan M. Chapman & Atkins Homes, Inc." by Foster Land Surveys, LLC, dated January 9, 2008 and recorded in Plat Folder 2 at page 904 and 905. Reference is hereby made to the said plat; a further the metes and bounds description contained therein is incorporated herein by reference as if the same were textually contained herein. The subject property is carried on the Tax Map of Culpeper County as T.M. 8-41A.

which has the address of 5253 Jeffersonton Road, Jeffersonton, VA 22724. A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5.     The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust.  A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6.     Note-Holder directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Note-holder or has been duly endorsed. Note-holder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

7.     As of August 23, 2018, the Debtor owes an unpaid principal balance of $498,999.70 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

8.     As of August 23, 2018, Debtor is post-petition due for June 1, 2018, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 3 | June 1, 2018 | August 1, 2018 | $3,139.14 | $9,417.42 |
| | | | Suspense: | ($1,936.72) |
| | | Total Payments Past Due | | $7,480.70 |

9.      The value of the property is $515,800.00, according to the Debtor's Schedule "A".

10.     The Debtor is in default under the Note.

11.     The Debtor has not and cannot offer Home Point Financial Corporation any adequate protection of its interest in the Property, and Home Point Financial Corporation avers it is not adequately protected.

12.     As there is little to no equity in the Property, the Property is not necessary for an effective reorganization. Therefore, relief from stay is appropriate under § 362(d)(2) of the Bankruptcy Code to permit Movant to exercise its non-bankruptcy rights and remedies with respect to the Mortgage.

13.     That the Debtor's account delinquency and lack of equity in the Property constitute cause for relief from the automatic stay.

## COUNT II
## RELIEF FROM CO-DEBTOR AUTOMATIC STAY

14.     The allegations of paragraphs 1 through 13 are incorporated by reference herein.

15.     Movant will be irreparably harmed by the continuation of the Co-Debtor Automatic Stay.

16.     Cause exists to terminate the Co-Debtor Automatic Stay.

WHEREFORE, Home Point Financial Corporation prays that this Court issue an order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 and Co-Debtor Automatic

Stay under 11 U.S.C. § 1301, as to the property located at 5253 Jeffersonton Road, Jeffersonton, VA 22724, and granting the following:

a.      Relief from the Automatic Stay and Co-Debtor Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

b.      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

c.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

d.      That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

e.      For such other relief as the Court deems proper.

Date:   September 24, 2018

Respectfully submitted,

 /s/ Kathryn Smits
Kathryn Smits, Bar #77337
Namrata Loomba, Bar #87222
Heather D. McGivern, Bar #91767
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for Home Point Financial Corporation
ksmits@orlans.com
nloomba@orlans.com
hmcgivern@orlans.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned states that on September 24, 2018, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Herbert L. Beskin(82)
P.O. Box 2103
Charlottesville, VA 22902
*Bankruptcy Trustee*

John Paul Goetz
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
docs@johngoetzlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay to the following non-ECF participants:

Eric Keip Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Debtor*

Jennifer A Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Co-Debtor*

 /s/ Kathryn Smits
Kathryn Smits, Esquire
Namrata Loomba, Esquire
Heather D. McGivern, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: | |
| ERIC KEIP THOMPSON | Chapter 13 |
| | Case No. 18-60017-RBC |
| Debtor | |

| | |
|---|---|
| HOME POINT FINANCIAL CORPORATION | |
| Movant | |
| v. | |
| ERIC KEIP THOMPSON 5253 JEFFERSONTON ROAD JEFFERSONTON, VA 22724 (Debtor) | |
| JENNIFER A THOMPSON 5253 JEFFERSONTON ROAD JEFFERSONTON, VA 22724 (Co-Debtor) | |
| HERBERT L. BESKIN(82) P.O. BOX 2103 CHARLOTTESVILLE, VA 22902 (Trustee) | |
| Respondents | |

NOTICE OF MOTION

Please take notice that Home Point Financial Corporation, by counsel, will argue its Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay on October 18, 2018, at 9:30 AM or as soon as counsel may be heard, in the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division, 255 W. Main St. Rm 200 Charlottesville, VA 22902 before the Honorable Rebecca B. Connelly.

Kathryn Smits, Esq., Bar # 77337
Sameera Navidi, Esq., Bar # 89441
Namrata Loomba, Esq., Bar # 87222
Heather D. McGivern, Esq., Bar # 91767
PO Box 2548
Leesburg, VA 20177
(703)777-7101

Date: __September 24, 2018_____

<div style="margin-left: 40%;">

Respectfully submitted,

__/s/ Kathryn Smits_____
Kathryn Smits, Bar #77337
Namrata Loomba, Bar #87222
Heather D. McGivern, Bar #91767
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for Home Point Financial Corporation
ksmits@orlans.com
nloomba@orlans.com
hmcgivern@orlans.com

</div>

<u>CERTIFICATE OF SERVICE</u>

The undersigned states that on September 24, 2018 copies of the foregoing Notice of Motion were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Herbert L. Beskin(82)
P.O. Box 2103
Charlottesville, VA 22902
*Bankruptcy Trustee*

John Paul Goetz
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
docs@johngoetzlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Motion to the following non-ECF participants:

Eric Keip Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Debtor*

Jennifer A Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Co-Debtor*

   /s/ Kathryn Smits
Kathryn Smits, Esquire
Namrata Loomba, Esquire
Heather D. McGivern, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: | |
| ERIC KEIP THOMPSON | Chapter 13 |
| | Case No. 18-60017-RBC |
| Debtor | |
| HOME POINT FINANCIAL CORPORATION | |
| Movant | |
| v. | |
| ERIC KEIP THOMPSON 5253 JEFFERSONTON ROAD JEFFERSONTON, VA 22724 (Debtor) | |
| JENNIFER A THOMPSON 5253 JEFFERSONTON ROAD JEFFERSONTON, VA 22724 (Co-Debtor) | |
| HERBERT L. BESKIN(82) P.O. BOX 2103 CHARLOTTESVILLE, VA 22902 (Trustee) | |
| Respondents | |

## <u>ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY PURSUANT TO 11 USC § 1301(c)(3)</u>

UPON CONSIDERATION of the Motion for Relief from Automatic Stay and Co-Debtor

Automatic Stay ("Motion") filed by Home Point Financial Corporation, and any response

thereto, and good cause having been shown, it is hereby

Kathryn Smits, Esq., Bar # 77337
Sameera Navidi, Esq., Bar # 89441
Namrata Loomba, Esq., Bar # 87222
Heather D. McGivern, Esq., Bar # 91767
PO Box 2548
Leesburg, VA 20177
(703)777-7101

**ORDERED,** that the Motion be, and the same is hereby GRANTED; and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362, and the Co-Debtor Automatic Stay imposed by 11 U.S.C. § 1301 are modified to permit the Home Point Financial Corporation to enforce the lien of its Deed of Trust as it pertains to the real property located at 5253 Jeffersonton Road, Jeffersonton, VA 22724 and it is more particularly described as follows:

> All that certain tract or parcel of land together with all improvements thereon and appurtenances thereunto belonging, lying and being situate in the Jefferson Magisterial District of Culpeper County, Virginia, containing 15.0143 acres, more or less, and being more particularly shown and described on that certain plat of survey entitled "Plat Showing Division on the Properties of Ross D.S. and Cammie C. Fuller, Susan M. Chapman & Atkins Homes, Inc." by Foster Land Surveys, LLC, dated January 9, 2008 and recorded in Plat Folder 2 at page 904 and 905. Reference is hereby made to the said plat; a further the metes and bounds description contained therein is incorporated herein by reference as if the same were textually contained herein. The subject property is carried on the Tax Map of Culpeper County as T.M. 8-41A.

which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay and Co-Debtor Automatic Stay is granted, allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation of

law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).; and it is further

**ORDERED**, that it be exempted from further compliance with Fed. R. Bankr. P. 3002.1

in the instant bankruptcy case.

Date: _____                    BY THE COURT:

                                           _____
                                           Rebecca B. Connelly
                                           U.S. Bankruptcy Court Judge

I ASK FOR THIS:

 /s/ Kathryn Smits
Kathryn Smits, Bar #77337
Namrata Loomba, Bar #87222
Heather D. McGivern, Bar #91767
ksmits@orlans.com
nloomba@orlans.com
hmcgivern@orlans.com
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101

SEEN:

_____
John Paul Goetz, Esquire
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
Attorney for the Debtor

_____
Herbert L. Beskin(82) Trustee
P.O. Box 2103
Charlottesville, VA 22902

Copies to:

Kathryn Smits
Namrata Loomba
Heather D. McGivern
Orlans PC
PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

Eric Keip Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Debtor*

Jennifer A Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Co-Debtor*

John Paul Goetz, Esquire
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
*Attorney for the Debtor*

Herbert L. Beskin(82)
P.O. Box 2103
Charlottesville, VA 22902
*Chapter 13 Trustee*

<u>CERTIFICATE OF SERVICE</u>

The undersigned states that on September 24, 2018, copies of the foregoing Proposed Order for Relief were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Herbert L. Beskin(82)
P.O. Box 2103
Charlottesville, VA 22902
*Bankruptcy Trustee*

John Paul Goetz
John Goetz Law, PLC
86 W. Shirley Avenue
Warrenton, VA 20186
docs@johngoetzlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Proposed Order for Relief to the following non-ECF participants:

Eric Keip Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Debtor*

Jennifer A Thompson
5253 Jeffersonton Road
Jeffersonton, VA 22724
*Co-Debtor*

 /s/ Kathryn Smits
Kathryn Smits, Esquire
Namrata Loomba, Esquire
Heather D. McGivern, Esquire