IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In Re:

ERIC KEIP THOMPSON

Debtor

CASE NO. 18-60017

CHAPTER 13

## TRUSTEE'S CERTIFICATION THAT CASE SHOULD BE DISMISSED

Comes now Herbert L. Beskin, Chapter 13 Trustee herein, and reports that this case should be dismissed for the following reasons and requests that this case be dismissed without further notice or opportunity for hearing.

**The debtor has failed to pay $6,000.00 of $8,000.00 to the Chapter 13 Trustee by July 31, 2019, as required by Order Continuing Hearing that was entered on 7/19/2019. Pursuant to that order, the Trustee is certifying this default to the court so that the case be dismissed without further notice or hearing.**

WHEREFORE, your Trustee requests that this case be dismissed without prejudice or that such other and further relief be granted.

Dated: August 07, 2019

Respectfully submitted,
Chapter 13 Trustee

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee
Office of the Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email:
ch13staff@cvillech13.net